# IN THE SUPREME COURT OF THE STATE OF NEVADA

TRAVIS SHEFFIELD,
                Appellant,

vs.

THE STATE OF NEVADA,
                Respondent.

No. 71887

**FILED**

JAN 19 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This appeal was initiated by the filing of a pro se notice of appeal. Eighth Judicial District Court, Clark County; Douglas W. Herndon, Judge.

Appellant filed a notice of appeal on December 1, 2016. No appealable order was designated in the notice of appeal. Because appellant failed to designate an appealable order, we

ORDER this appeal DISMISSED.

_____, J.
Douglas

_____, J.
Gibbons

_____, J.
Pickering

cc:   Hon. Douglas W. Herndon, District Judge
      Travis Sheffield
      Attorney General/Carson City
      Clark County District Attorney
      Eighth District Court Clerk
      Special Public Defender

SUPREME COURT
OF
NEVADA

(O) 1947A

17-02024